**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 13-2529**

———————

JULIA COLEMAN,

             Plaintiff - Appellant,

        v.

MASONIC HOME OF VIRGINIA,

             Defendant – Appellee,

        and

LEE BYRD, Mr., Manager of Human Resources,

             Defendant.

———————

Appeal from the United States District Court for the Eastern
District of Virginia, at Richmond.    John A. Gibney, Jr.,
District Judge. (3:12-cv-00682-JAG)

———————

Submitted: February 27, 2014          Decided: March 4, 2014

———————

Before NIEMEYER, KING, and AGEE, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Julia Coleman, Appellant Pro Se.   Jeremy David Capps, David
Patrick Corrigan, HARMAN, CLAYTOR, CORRIGAN & WELLMAN, Richmond,
Virginia, for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Julia Coleman appeals the district court's orders denying relief on her complaint that alleged sex and race discrimination, sexual harassment, and retaliation. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Coleman v. Masonic Home of Va., No. 3:12-cv-00682-JAG (E.D. Va. Nov. 22, 2013). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED